Submitted on remand December 17, 1996, reversed and remanded for
reconsideration March 5, 1997

MATTHEW McGOWAN,
*Petitioner,*

*v.*

PSYCHIATRIC SECURITY REVIEW BOARD,
*Respondent.*

(90-1097; CA A87117)

934 P2d 609

Harris S. Matarazzo filed the brief for petitioner.

Theodore R. Kulongoski, Attorney General, Virginia L.
Linder, Solicitor General, and Pamela G. Wood, Assistant
Attorney General, filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson,
Judges.

PER CURIAM

## PER CURIAM

Petitioner sought review of a final order of the Psychiatric Security Review Board (PSRB) finding him under PSRB's continued jurisdiction, arguing that there was not substantial evidence to support PSRB's finding that he represents a substantial danger to others. We affirmed without opinion. *McGowan v. PSRB*, 139 Or App 600, 911 P2d 1289 (1996). The Supreme Court vacated and remanded our decision in the light of *Drew v. PSRB*, 322 Or 491, 909 P2d 1211 (1996). *McGowan v. PSRB*, 324 Or 17, 920 P2d 153 (1996).

On *de novo* review, we conclude that, as in *Drew*, the record "contains substantial evidence that could support PSRB's finding that petitioner was a substantial danger to others." *Drews*, 322 Or at 499. However, also as in *Drew*, PSRB did not "connect its decision to that evidence," *id.*, and that failure to connect the facts and the holding is fatal to the order. *Id.* at 500-01.

Reversed and remanded for reconsideration.